# United States District Court
for the

District of South Carolina

Joanne Butler,
  *Plaintiff*

v.

City of Goose Creek, Goose Creek Police Department, Mayor Gregory Habib, Individually and in his official capacity, Chief Harvey Becker, Individually and in his official capacity as Chief of Goose Creek Police Department, Officer Dariusz Ambroziak, Individually and in his official capacity as an officer for Goose Creek Police Department, Berkeley County,
  *Defendants.*

Civil Action No.:  2:19-cv-1757-MBS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that

■ other: The Court, having dismissed the 1983 claims, dismisses the complaint pursuant to § 1367(c).

This action was

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, ruling on a Motion to Dismiss.

Date:  August 22, 2019

*CLERK OF COURT*  Robin L. Blume

s/ V. Druce
_____
*Signature of Clerk or Deputy Clerk*